IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID J BYRNES,

    Plaintiff,
v.                                  CASE NO. 1:05-cv-00046-MP-AK

LUCY HADI,
et al,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion for extension of time to file amended complaint and request for copy of complaint and notice of address change. (Doc. 11). Having considered said motion and in an effort to move this case along, the Court will herein **GRANT** the motion and directs the Clerk to again mail Plaintiff a copy of the complaint and a copy of the docket sheet to Plaintiff. This is the second time the Court has mailed a copy of the complaint to Plaintiff and it will be the last time. Plaintiff will also be granted additional time through September 26, 2005, to file an amended complaint as directed by previous order.

    **DONE AND ORDERED** this  _25th_  day of August, 2005.

                                            _s/ A. KORNBLUM_
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**