IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DAVID J. BYRNES,**
        **Plaintiff,**

vs.                               Case No. 1:05cv46/MMP/MD

**LUCY HADI, et al.,**
        **Defendants.**
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on March 7, 2005 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (Docs. 1 & 2).

On July 20, 2005 the court entered an order directing plaintiff to submit an amended complaint within thirty days. (Doc. 7). Plaintiff was warned that failure to comply with the order would result in dismissal of his case. Thereafter, plaintiff was granted two extensions of time, until November 23, 2005 to submit his amended complaint. (*See* Docs. 13 & 20). After receiving no response from plaintiff, on November 30, 2005 the court issued an order requiring plaintiff to show cause within ten (10) days why this case should not be dismissed for his failure to prosecute and failure to comply with an order of the court. (Doc. 22). Over ten days has elapsed since that date and plaintiff has not responded to the order.[1]

---

[1] Although plaintiff's address of record is Union Correctional Institution, information on the Florida Department of Corrections' website indicates that plaintiff has been released. *See* www.dc.state.fl.us. The website does not indicate the date of release or plaintiff's stated residence upon release. Plaintiff has not provided the court with a notice of change of address. However, he recently filed an amended complaint in another case pending in this court, in which he indicated his address as 20101 Cen Blvd., Land O Lakes, FL 34639. The court will therefore direct the clerk to send a copy of this Report and Recommendation to this address as well as plaintiff's address of record.

Accordingly, it is ORDERED:

That the clerk shall send a copy of this Report and Recommendation to plaintiff at his address of record <u>and</u> the following address: 20101 Cen Blvd., Land O Lakes, FL 34639.

And it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 30th day of December, 2005.

/s/ *Miles Davis*
      MILES DAVIS
      UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**