IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID J BYRNES,

    Plaintiff,

v.                            CASE NO. 1:05-cv-00046-MP-MD

LUCY HADI, et al.,

    Defendants.

_____/

**ORDER**

This matter is before the Court on Doc. 23, Report and Recommendations of the Magistrate Judge, recommending that the complaint in this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court. Objections to Report and Recommendation were due by January 27, 2006, but none were filed. The plaintiff did file a motion to dismiss, which was denied by the Magistrate Judge because of the pending Report and Recommendation. He also filed a notice of appeal and application to appeal in forma pauperis. (doc. 28) which the Clerk filed as Objections to the Report and Recommendation.

As an initial matter, the Notice of Appeal and Motion to proceed in forma pauperis are premature because no final order has been entered in this case. Therefore the motion to proceed in forma pauperis is denied. Also, having reviewed the pleadings, the Court agrees that plaintiff failed to follow an order of the Court by not filing an amended complaint despite being told to do so several times. Accordingly, the Report and Recommendation is adopted and this case dismissed without prejudice for failure to follow an order of the Court.

**DONE AND ORDERED** this _14th_ day of March, 2006

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge